# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN M. KISTLER, JR.,

    Plaintiff,

v.

CHAD DOUGHTERTY, et al.,

    Defendants

No. 3:10-CV-466

(JUDGE CAPUTO)

(MAGISTRATE JUDGE BLEWITT)

## ORDER

**NOW** this  1st  day of August 2012, upon review of Magistrate Judge Blewitt's Report and Recommendation (Doc. 160) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 160) is **ADOPTED.**

(2) Defendants' Motion for Summary Judgment (Doc. 156) is **GRANTED** with respect to Plaintiff Kistler's remaining claims against Defendants DeLuccie and Novak.

(3) Judgment is entered in favor of Defendant DeLuccie and Novak and against Plaintiff Kistler.

(4) The Clerk of Court is ordered to mark this matter as **CLOSED.**

**FILED**
**SCRANTON**

AUG 0 1 2012

PER _____
DEPUTY CLERK

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge